OPINIONS OF THE SUPREME COURT OF OHIO
      The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
      Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your
comments on this pilot project are also welcome.
      NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Doe, Appellant, v. Doe, Appellee.
[Cite as Doe v. Doe (1994),     Ohio St.3d    .]
Statutes of limitations -- Discovery rule applied to toll
      statute of limitations where victim of childhood sexual
      abuse represses memories of that abuse until a later time
      -- One-year statute of limitations period for sexual abuse
      begins to run, when.
      (No. 94-963 -- Submitted September 14, 1994 -- Decided
October 5, 1994.)
      Certified by the Court of Appeals for Hamilton County, No.
C-920809.

      Katz, Greenberger & Norton, Richard L. Norton and Ellen
Essig, for appellant.
      Graydon, Head & Ritchey, Michael R. Barrett and Jean M.
Geoppinger, for appellee.

      The judgment of the court of appeals is reversed on the
authority of Ault v. Jasko (1994), 70 Ohio St.3d 114,
N.E.2d     , and the cause is remanded to the trial court for
application of Ault.
      A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.
      Moyer, C.J., and Wright, J., dissent.